# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRIAN BENNETT, GLYNN BURR,
AND ERICA DAIGLE A.K.A
"ERICA CAVALIER"

VERSUS

MARATHON PETROLEUM COMPANY,
LP; MPC INVESTMENT LLC;
TOTAL SAFETY U.S.,
INC.;ONPOINT INDUSTRIAL
SERVICES, LLC; TURNER
SPECIALTY SERVICES, L.L.C;
TURNER INDUSTRIES ENERGY
SERVICES, LLC; TURNER
INDUSTRIES GROUP, L.L.C.;
ACE AMERICAN INSURANCE
COMPANY; STARR INDEMNITY &
LIABILITY COMPANY; AND
ASSOCIATED INDUSTRIES
INSURANCE CO., INC.

NO.   2025 CW 0078

**JANUARY 31, 2025**

---

In Re:     Marathon Petroleum Company LP and MPC Investment, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 716476.

---

**BEFORE:     PENZATO, STROMBERG, AND CALLOWAY,[1] JJ.**

**STAY DENIED; WRIT GRANTED IN PART AND DENIED IN PART.** The portion of the January 6, 2025 ruling of the district court, which denied the motion for summary judgment filed by defendants, Marathon Petroleum Company, LP and MPC Investment LLC, is reversed in part, only as to plaintiffs' claim for exemplary damages. Plaintiffs' Fifth Amended Petition sets forth no statutory authority for exemplary damages. Punitive or other penalty damages are not allowed unless expressly authorized by statute. **Chauvin v. Exxon Mobil Corp.**, 2014-0808 (La. 12/9/14), 158 So.3d 761, 768. Therefore, the motion for summary judgment is granted in part, and plaintiffs' claims for exemplary damages against defendants, Marathon Petroleum Company, LP and MPC Investment LLC, are dismissed. The writ is denied in all other respects.

**AHP**
**TPS**
**CAC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1]**Calloway, J.**, serving as judge *pro tempore* of the Court of Appeal, First Circuit, by special appointment of the Louisiana Supreme Court.